**\*\* E-filed February 10, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSIE LUCIW, | No. C10-05969 HRL |
| Plaintiffs, | **ORDER (1) TERMINATING DEFENDANTS' MOTION TO DISMISS AND (2) SETTING DEADLINE FOR CONSENTING TO OR DECLINING MAGISTRATE JURISDICTION** |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |
| _____/ | **[Re: Docket No. 7, 10]** |

On January 6, 2011, Defendants filed a motion to dismiss Plaintiff's complaint. Docket No. 7. Plaintiff responded by filing a First Amended Complaint[1], thereby mooting Defendants' motion to dismiss. Docket No. 10. Accordingly, Defendants' motion to dismiss, currently set for hearing on February 22, 2011, is TERMINATED.

In addition, the parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than February 22, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

---

[1] The Court notes that it has yet to receive the required chamber's copy of Plaintiff's First Amended Complaint, as required by General Order No. 45.

1   **IT IS SO ORDERED.**

2   Dated: February 10, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05969 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| James Joseph McGrath | james.mcgrath@bryancave.com, ddkinder@bryancave.com |
| Jed P. White | jed.white@bryancave.com, kima@bryancave.com |
| Jennifer A. Jackson | jjackson@bryancave.com, sherri.gramza@bryancave.com |
| Stephen Conrad Ruehmann | ruehmannlaw@yahoo.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**