**E-Filed 4/19/2011**

Stephen C. Ruehmann (167533)
Robin D. Shofner (272552)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorney for Plaintiff
ROSIE LUCIW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROSIE LUCIW ) | Case No.: CV10-05969-JF |
| ) | **ORDER GRANTING** |
| Plaintiff, ) | **MOTION TO APPEAR** |
| vs. ) | **TELEPHONICALLY AT THE JOINT** |
| BANK OF AMERICA, N.A.; BAC HOME ) | **CASE MANAGEMENT CONFERENCE** |
| LOANS SERVICING, LP; U.S. BANK,N.A. ) | |
| as Trustee, for the Certificateholders of Banc ) | Date:        Friday, April 22, 2011 |
| of America Funding Corporation, Mortgage ) | Time:        9:00 a.m. |
| pass-Through Certificates, Series 2007-B; and ) | Courtroom:   3 |
| DOES 1-100, inclusive, ) | |
| ) | |
| Defendants. ) | |

COMES NOW Plaintiff Rosie Luciw, by and through her attorneys of record Ruehmann Law Firm, P.C., hereby submits this Motion to Appear Telephonically at the Joint Case Management Conference hearing set for April 22, 2011 at 9:00 a.m. before Honorable Jeremy Fogel.

///
///
///
///

Motion to Appear Telephonically at Joint Case Management Conference - 1

1 | Ruehmann Law Firm, P.C.'s office is located in Folsom, California. Due to the time and
2 | expense of travel it is therefore respectfully requested that the Court allow counsel to appear by
3 | telephone.

5 | Dated this 18th day of April, 2011                    RUEHMANN LAW FIRM, P.C.

/s/ Robin D. Shofner
Robin D. Shofner, # 272552
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Phone: (916) 988-8001
Facsimile: (916) 988-8002

IT IS SO ORDERED.

Dated: 4/19/2011

JEREMY FOGEL
United States District Judge

Motion to Appear Telephonically at Joint Case Management Conference- 2