Jennifer A. Jackson, California Bar No. 192998
Jed P. White, California Bar No. 232339
James J. McGrath, California Bar No. 260253
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:      (310) 576-2100
Facsimile:       (310) 576-2200
E-Mail:            jjackson@bryancave.com
                      jed.white@bryancave.com
                      james.mcgrath@bryancave.com

**E-Filed 4/19/2011**

Attorneys for Defendants
BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; and U.S. BANK, N.A. as Trustee, for the Certificateholders of Banc of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2007-B

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROSIE LUCIW,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; U.S. BANK, N.A. as Trustee, for the Certificateholders of Banc of America Funding Corporation, Mortgage Pass-Through Certificates, series 2007-B; AND DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV10-05969 JF<br><br>[Assigned to Honorable District Judge Jeremy Fogel, Courtroom 3, 5th Floor, San Jose]<br>**ORDER GRANTING**<br>**DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND MOTION HEARING**<br><br>Date:         Friday, April 22, 2011<br>Time:         9:00 a.m.<br>Courtroom:  3<br><br>Date Action Filed:   October 26, 2010<br>Trial Date:              Not yet assigned |

833690.1

CV10-05969 HRL

**DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY**

1  Defendants BANK OF AMERICA, N.A. ("BANA"), BAC HOME LOANS SERVICING,
2  LP ("BACHLS"), and US BANK NATIONAL ASSOCIATION, as Trustee, for the
3  Certificateholders of Banc of America Funding Corporation, Mortgage Pass-Through Certificates,
4  Series 2007-B ("US BANK") (collectively, "Defendants"), hereby submit this Motion to Appear
5  Telephonically at the April 22, 2011 Case Management Conference and Motion Hearing.

6  The law offices of Bryan Cave LLP, counsel for Defendants, is located in Santa Monica
7  California.  Due to time and expense of travel, Defendants' counsel hereby respectfully request the
8  court allow appearance by telephone at the above-referenced hearing.

10  Dated:    April 18, 2011                    Respectfully submitted,

11                                              Jennifer A. Jackson
12                                              Jed P. White
                                                James J. McGrath
13                                              **BRYAN CAVE LLP**

14                                              By:   /s/ James J. McGrath
15                                                      James J. McGrath
                                                Attorneys for Defendants
16                                              BANK OF AMERICA, N.A.; BAC HOME LOANS
                                                SERVICING, LP; U.S. BANK, N.A. as Trustee, for
17                                              the Certificateholders of Banc of America Funding
                                                Corporation, Mortgage Pass-Through Certificates,
18                                              series 2007-B

21  IT IS SO ORDERED.

23  Dated:  4/19/2011                           _____
                                                JEREMY FOGEL
24                                              United States District Judge

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# CERTIFICATE OF SERVICE
## (U.S. Code § 1746)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401. My email address is ddkinder@bryancave.com.

On April 18, 2011, I served the foregoing document, described as defendants' **DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND MOTION HEARING,** on each interested party

☒ (VIA ELECTRONIC SERVICE): The document was served via The United States District Court –Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2011, at Santa Monica, California.

/s/ Diane Kinder
Diane Kinder